1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11   MARISOL SOLIS, *et al.,*            )     CV07-6332-AHM (AGRx)
                                         )
12                    Plaintiff(s),      )     ORDER OF DISMISSAL FOR FAILURE TO
           v.                            )     PROSECUTE
13                                       )
     BUREAU OF CITIZENSHIP AND           )
14   IMMIGRATION SERVICES, LOS           )
     ANGELES DIVISION,                   )
15                                       )
                      Defendant(s).      )
16   _____ )

17         On June 5, 2008, the Court ordered plaintiffs to show cause in writing, no later

18   than June 16, 2008, why the above-entitled action should not be dismissed as to all

19   remaining defendants for lack of prosecution.  To date, plaintiffs have not complied

20   with this order.

21         Accordingly, good cause appearing therefor, the Court hereby DISMISSES this

22   action pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and

23   failure to obey an order of this Court.  The Clerk of the Court is directed to close the

24   file.

25         IT IS SO ORDERED.

26   Dated: June 23, 2008

27                                             _____
                                               A. HOWARD MATZ
                                               United States District Judge
28   **Make JS-6**